**PRECEDENTIAL**


UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-4257
_____

JEFFREY A. WIEST; LAURA E. WIEST, HIS WIFE,

Appellants

v.

THOMAS J. LYNCH, Chief Executive Officer and Director
of Tyco Electronics Corporation; TERRENCE CURTIN,
Executive Vice President and Chief Financial Officer of Tyco
Electronics Corporation; CHARLES POST, ESQUIRE,
Senior Labor & Employment Counsel; CHARLES
DOUGHERTY, President, Wireless Systems, A Tyco
Business Unit; TYCO ELECTRONICS CORPORATION
_____


On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-10-cv-03288)
District Judge: Honorable Gene E.K. Pratter
_____


Argued October 5, 2012

Before:   McKEE, *Chief Judge*, JORDAN and VANASKIE,
                    *Circuit Judges*

                  (Filed:  March 21, 2013)

Richard C. Angino, Esq. (Argued)
Daryl E. Christopher, Esq.
Angino & Rovner, P.C.
4503 North Front Street
Harrisburg, PA 17110
        *Counsel for Appellants*

Stephen M. Kohn, Esq. (Argued)
Kohn, Kohn & Colapinto
3233 P. Street, N.W.
Washington, D.C. 20007
        *Counsel for Amicus Curiae National Whistleblowers*
        *Center*

Michael A. Finio, Esq. (Argued)
Amy C. Foerster, Esq.
Cory S. Winter, Esq.
Saul Ewing LLP
2 North 2nd Street
7th Floor
Harrisburg, PA 17101
        *Counsel for Appellees*

Eugene Scalia, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

*Counsel for Amicus Curiae Chamber of Commerce of the United States of America*

_____

ORDER AMENDING OPINION

_____

VANASKIE, *Circuit Judge.*

IT IS NOW ORDERED that the above-captioned opinion be amended as follows:

On page 22 of the Court's Opinion, the phrase "'have the courage to'" within the quotation of page 1 of the Dissenting Opinion Typescript shall be deleted and replaced with ". . ." to denote the omission of that part of the quotation.

This amendment does not change the date of filing (March 19, 2013).


/s/ Thomas I. Vanaskie
Circuit Judge

DATED:      March 21, 2013